

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00146-CV

| | | |
|---|---|---|
| Daniel Smith | § | From the 442nd District Court |
| | § | of Denton County (15-00981-431) |
| v. | | |
| | § | June 11, 2015 |
| Dustin Schwartz, Tia Schwartz, and Schwartz Properties, LLC | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM